Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HERMINIA LORENZO CRUZ

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE RECOVERY SYSTEMS, LTD., a Texas limited partnership, MIDWAY COLLECTIONS, INC., a Texas Corporation, CHRISTOPHER JAMES MATHEWS, individually and in his official capacity, and STEVEN P. MCWHORTER, individually and in his official capacity,<br><br>Defendants. | Case No. C07-04473-JW-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, HERMINIA LORENZO CRUZ, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, HERMINIA LORENZO CRUZ, hereby dismisses, with prejudice, all claims made by her against NATIONWIDE RECOVERY SYSTEMS, LTD., MIDWAY COLLECTIONS, INC., CHRISTOPHER JAMES MATHEWS and STEVEN P. MCWHORTER, in her Complaint filed herein on August 29, 2007. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

/ / /

/ / /

/ / /

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE                                     Case No. C07-04473-JW-RS

1  CONSUMER LAW CENTER, INC.

3  By: /s/ Fred W. Schwinn
      Fred W. Schwinn, Esq.
4        Attorney for Plaintiff
      HERMINIA LORENZO CRUZ

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE    Case No. C07-04473-JW-RS