1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   HERMINIA LORENZO CRUZ



GRANTED
Judge James Ware
9/28/2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE RECOVERY SYSTEMS, LTD., a Texas limited partnership, MIDWAY COLLECTIONS, INC., a Texas Corporation, CHRISTOPHER JAMES MATHEWS, individually and in his official capacity, and STEVEN P. MCWHORTER, individually and in his official capacity,<br><br>Defendants. | Case No. C07-04473-JW-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, HERMINIA LORENZO CRUZ, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, HERMINIA LORENZO CRUZ, hereby dismisses, with prejudice, all claims made by her against NATIONWIDE RECOVERY SYSTEMS, LTD., MIDWAY COLLECTIONS, INC., CHRISTOPHER JAMES MATHEWS and STEVEN P. MCWHORTER, in her Complaint filed herein on August 29, 2007. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

/ / /

/ / /

/ / /

1   CONSUMER LAW CENTER, INC.
2
3   By: /s/ Fred W. Schwinn
        Fred W. Schwinn, Esq.
4       Attorney for Plaintiff
        HERMINIA LORENZO CRUZ
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE                    Case No. C07-04473-JW-RS